# ADVERSARY PROCEEDING COVER SHEET
(Instructions on Reverse)

**ADVERSARY PROCEEDING NUMBER**
(For Court Use Only)

## PLAINTIFFS

David Darnell Brown
167 Riverchase Drive
Hendersonville, TN 37075

## DEFENDANTS

Unites States Department of Treasury
801 Broadway, MDP 47
Nashville, TN 37203

United States Department of Treasury
PO Box 21125
Philadelphia, PA 19114

## ATTORNEYS (Firm Name, Address, and Telephone No.)

Lynda F. Jones
Jones Law Group, PLLC
343 Harrison
Nashville, TN 37219
615-983-4500 Fax: 615-983-4502

## ATTORNEYS (If Known)

## PARTY (Check One Box Only)
[X] Debtor    [ ] U.S. Trustee/Bankruptcy Admin
[ ] Creditor  [ ] Other
[ ] Trustee

## PARTY (Check One Box Only)
[ ] Debtor    [ ] U.S. Trustee/Bankruptcy Admin
[X] Creditor  [ ] Other
[ ] Trustee

## CAUSE OF ACTION (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUES INVOLVED

Complaint to Compel Turnover of Debtor's Personal Property

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) - Recovery of Money/Property**
[1] 11-Recovery of money/property - §542 turnover of property
[ ] 12-Recovery of money/property - §547 preference
[ ] 13-Recovery of money/property - §548 fraudulent transfer
[ ] 14-Recovery of money/property - other

**FRBP 7001(2) - Validity, Priority or Extent of Lien**
[ ] 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) - Approval of Sale of Property**
[ ] 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) - Objection/Revocation of Discharge**
[ ] 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) - Revocation of Confirmation**
[ ] 51-Revocation of confirmation

**FRBP 7001(6) - Dischargeability**
[ ] 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
[ ] 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
[ ] 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) - Dischargeability (continued)**
[ ] 61-Dischargeability - §523(a)(5), domestic support
[ ] 68-Dischargeability - §523(a)(6), willful and malicious injury
[ ] 63-Dischargeability - §523(a)(8), student loan
[ ] 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
[ ] 65-Dischargeability - other

**FRBP 7001(7) - Injunctive Relief**
[ ] 71-Injunctive relief - imposition of stay
[ ] 72-Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
[ ] 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
[ ] 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
[ ] 01-Determination of removed claim or cause

**Other**
[ ] SS-SIPA Case - 15 U.S.C. §§78aaa et.seq.
[ ] 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

[ ] Check if this case involves a substantive issue of state law

[ ] Check if this is asserted to be a class action under FRCP 23

[ ] Check if a jury trial is demanded in complaint

Demand $

Other Relief Sought
Turnover of Debtor's Personal Property

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>David Darnell Brown | | | BANKRUPTCY CASE NO.<br>10-11399 |
| DISTRICT IN WHICH CASE IS PENDING<br>Middle District of Tennessee | DIVISION OFFICE | | NAME OF JUDGE<br>George C. Paine II |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF | DEFENDANT | | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>/s/Lynda F. Jones | | | |
| DATE<br>10/22/2010 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Lynda F. Jones | | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DAVID DARNELL BROWN | ) | Case No.: 10-11399 |
| | ) | Chapter 13 |
| Debtor, | ) | Hon. George C. Paine II |
| | ) | |
| DAVID DARNELL BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No.: _____ |
| | ) | |
| UNITED STATES | ) | |
| DEPARTMENT OF TREASURY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## EXPEDITED COMPLAINT TO COMPEL TURNOVER

Comes now the Debtor / Plaintiff, and files this action against the Defendant to recover property of the estate. For its cause of action the Debtor / Plaintiff states as follows:

## PARTIES

1. A voluntary petition was filed by the Debtor / Plaintiff, David Darnell Brown (hereinafter referred to as "Plaintiff"), on October 21, 2010, and an Order for Relief was entered.

2. The defendant, Department of Treasury is commonly known as the Internal Revenue Service of the United States of America (herein after referred to as "Defendant") is the Tax Collector for the United States of America.

## JURISDICTION

3. The debtor / plaintiff, David Darnell Brown, resides in the State of Tennessee.

4. Defendant, Department of Treasury, is commonly known as the Internal Revenue Service of the United States of America, collects revenue in the State of Tennessee.

5. Jurisdiction to entertain this proceeding is conferred upon this Court by 28 U.S.C. § 151 and § 157(b).

6. Venue to entertain this proceeding is properly laid with this Court pursuant to 28 U.S.C. § 408 and § 1409(a).

7. This case relates to the bankruptcy case of David Brown 10-11399 under Chapter 13 of Title 11, United States Code, in the United States Bankruptcy Court for the Middle District of Tennessee on October 21, 2010.

8. This is a core proceeding.

9. Pursuant to 11 U.S.C. § 105(a), this Court may issue any order, process or judgment necessary or appropriate to carry out the provisions of this title.

## FACTS

10. In 2004, the Debtor / Plaintiff began business as a performer and song publisher.

11. The debtor / plaintiff, David Darnell Brown, fell behind on his taxes.

12. This is the Debtor's / Plaintiff's second bankruptcy petition.

13. The Debtor / Plaintiff has filed a request for an Expedited Hearing to Extend the Stay to be set on October 27, 2010 since a tax sale is set for October 28, 2010. However the Court has set the hearing for Monday, November 1, 2010.

14. On or about August 3, 2010, Revenue Officers of the Department of Treasury did force their way into the home of the Debtor / Plaintiff to seize all personal property attached herein as Exhibit 1. The studio equipment is directly tied to the Debtor's / Plaintiff's ability to generate income in order to reorganize the estate. Debtor / Plaintiff has published two successful albums which have gone Platinum and have sold over one million (1,000,000.00) copies. The Debtor's / Plaintiff's personal property is necessary to an effective reorganization.

15. The Department of Treasury also seized personal property which generally decorated the home and belonged to the children of the Debtor / Plaintiff. The forceful seizure of these objects created great stress in the home of the Debtor's / Plaintiff's family. The seizure has also created stress within the common law marriage of the Debtor / Plaintiff which in turn affects his ability to create and publish music. The general personal property belonging to the family is necessary for the Debtor's peace of mind to maintain calmness in order to stimulate the creative juices of the Debtor.

16. The Debtor / Plaintiff has proposed to surrender an expensive piece of real estate worth over six hundred thirty eight thousand and five hundred dollars ($638,500.00) of debt which contains equity valued at approximately one hundred twenty thousand dollars ($120,000.00). This will lower his living expenses over six thousand dollars ($6,000.00) a month and pay the Internal Revenue Service one hundred twenty thousand dollars ($120,000.00) from its subsequent sale. Debtor has proposed a 100% plan to the Court.

17. Debtor / Plaintiff believes that Tax Returns for the last three (3) years may be incorrect and that his income was over reported.

18. Debtor/ Plaintiff will be filing an Application to Employ an accountant to amend his Tax Returns.

19. The personal property is property of the Bankruptcy Estate, still in possession of the Defendant, and should be turned over to the Debtor / Plaintiff, pursuant to 11 U.S.C. § 542.

20. The Debtor / Plaintiff is entitled to receive the personal property.

## DEBTOR / PLAINTIFF'S CAUSE OF ACTION

21. This is an adversary proceeding within the meaning of Rule 7001, wherein the Debtor / Plaintiff is seeking turnover of its personal property valued at twenty four thousand five hundred and sixty eight dollars ($24,568.00).

**WHEREFORE, PREMISES CONSIDERED**, Debtor / Plaintiff prays:

1. Request for Injunction pursuant to Rule 7065 be granted.

2. That Defendant be served with this Complaint and be required to answer same.

3. That this matter be set for hearing on an expedited basis..

4. That Defendant be required to turn over the inventory to the Debtor / Plaintiff.

5. That Defendant be assessed with damages and reasonable attorney fees.

6. For such other relief as the Court deems appropriate and just.

Respectfully submitted,

/s/Lynda F. Jones
Lynda F. Jones, Esq. 1419
The Jones Law Group, PLLC
343 Harrison Street
Nashville, TN 37219
(615) 983-4500
(615) 983-4502 (Fax)
lyndafjones@gmail.com

EXHIBIT 1

## 2433 Supplemental --- Inventory Listing
Seizure ID: 10-05-03-103A

**Property Description**

Al Pacino Scarface picture

The Rat Pack Pool table picture

50 Cent Gold Sales Get Rich or Die Tryin picture Finland 2004

50 Cent Double Platinum Sales Get Rich or Die Tryin picture Canada 2004

50 Cent 5 time Certified Platinum, Get Rich or Die Tryin picture Canada 2004

50 Cent 4 time Certified Canadian Platinum picture Canada 2004

50 Cent Plaque with album Get Rich or Die Tryin, 100,000 copies sold

50 Cent Gold Record Award for Get Rich or Die Tryin

50 Cent Get Rich or Die Tryin 10 million world wide sales Award from Aftermath Interscope Records

50 Cent Get Rich or Die Tryin Award Presented to Young Buck

Picture of 50 Cent, Lloyd Banks and G-Unit member performance

50 Cent "Get Rich or Die Tryin" and "The Massacre" Award presented to Young Buck in the Asia Region June 2006

Sundeck Gold Award presented to Young Buck

50 Cent Award Presented to Young Buck in Commemoration of Platinum Sales for 50 Cent Massacre album

50 Cent Get Rich of Die Tryn Award presented to Young Buck in Recognition of Achieving Gold in New Orleans.

Double Platinum Award New Zealand 2006

Portrait of Lloyd Banks, Tonny Yao Yao, 50 cent, Eminem and Young Buck

G-Unit Beg for Mercy Award pictures

Award Presented to Young Buck

Young Buck Painting entitled "Where Art Meets Fashion"

Award Presented to Young Buck

XXL Award May 2007

Drawing of Young Buck (Rap Artist) by Sner We

Drawing of the Original G Unit Crew

G Unit Crew framed photo

Picture of Members of G Unit 50 Cent and Lloyd Banks

Framed newspaper clippings from the Tennessean

G-Unit Clothing Modeled by Young Buck picture

1,000,000 million copies Award "Straight Outta Cashville"

Award for gold sales-Beg for Mercy

Award-Get Rich Quick or Die Tryin Australia

Award-First Annual Hip Hop-Did you Miss Me

Award-500,000 copies June 2003

Revenue Officer Signature    Date 8/9/10

# 2433 Supplemental --- Inventory Listing
## Seizure ID 10-05-03-103A

**Property Description**

Award to Young Buck-150,000 copies of the Album Get Rich or Die Tryin-Germany 2003

Award presented to Young Buck Certified sales over 1 million

Abstract print infused on wood frame

Indigenous Art from Australia- wood frame

Picture "Rive Gauche" #80 acrylic screen print

Abstract Print "Oui Nude"

Abstract Print titled "Discovery"

Print-Titans autographed-Lendan White

Print-Snoop Dog and Tupac

Glow mirrow marijuana leaf picture

Abstract Art-impressionist

Abstract-silver/white dimensional squares

Lacoste Black Wool Coat

Live Mechanics Black vest with purple lining

Bachrach 42L black suit jacket w/36W Black pants (white pin stripe)

Eight 732 Royal Fleet Hoodie (black) with embroidry

Faux Fur Mens light grey coat w/ YB Cashville stitched inside

De Amech Black Faux Fur Men's coat

GINC Green Global Blue Leather coat with stiched "g"s on the outside

A. Wissann white leather coat w/Detroit Motor City embroidry

Barney's Leather coat black w/shirt buttons and hem

Harley Davidson Black leather coat

Hand crafted snake skin purse from Nigeria

Live Mechanics Brown coat

Throwbacks NFL Mitchell & Ness Browns Jacket

Stan & Dean Aviation Jacket (Navy Blue)

Artful Dodger Black Nylon Jacket with embroidry

Samsung 55 inch projection tv on stand

Samsung 40 inch LCD tv on short stand

LG Flatron Plasma 51 inch tv with remote, speakers

Panasonic 43 inch Plasma tv

Sharp Aquos 32 inch LCD tv

Sharp Aquos 20 inch LCD tv

Revenue Officer Signature                                     Date
_____                               8/9/10

Case 3:10-bk-11399   Doc 15   Filed 10/22/10   Entered 10/22/10 17:17:48   Desc Main
Document   Page 8 of 12

# 2433 Supplemental --- Inventory Listing
Seizure ID: 10-05-03 103A

**Property Description**

- Titans Refrigerated soda machine
- LG Stainless side by side refrigerator with tv and remote
- Digidesign digital mixing board with 24 channels
- Akai Professional MPC 2000XL drum machine midi production center
- Roland MV-8000 product studio (drum machine)
- Allen & Heath GL2400 mixing board
- Stanton turntable
- Stanton dj cd turntable
- Alesis masterlink ML-9600 High-Resolution Master Disk Recorder
- Universal Audio amplifier
- Sony power supply unit
- Mic 2 piece Digidesign loopmaster
- Monster Power Pro 2500 professional power center
- T C Electroic Reverb 4000
- Behringer Powerplay Pro XL 4 channel headphone distribution amplified with headphones
- Tascam Professional cd rewritable recorder, 2004
- Yamaha motif ES6 keyboard
- Roland Fantom X8 Keyboard
- Cabinet with Furman Linear filter Pro 2500, Monster Powerpro 2500 professional power center, Roland fatom XR 128 voice synthesizer sampler KORG Triton Rack expandable high module sampler
- JRX 100 Powered Subwofer 500 watt built in amplifie
- 2 2008 Mackie Active Sound Reenforcement speaker system
- Octave Copy Master 2 cd duplicator
- Apple Powermack G5, 19690 with keyboard and mouse
- Rocstore firewire harddrive
- RocStor firewire harddrive
- 2 JBL Professional bi-amplified monitors
- 7 piece Samsung surround sound system 4 tower speakers, sub woofer center channel and CD stand
- 7 piece Onkyo amplifier 2 polk audio wall speakers, 2 polk audio speakers on stand, 1 standing polk audio speaker, 1 polk audio centr channel speaker, 2 remotes
- MX 3000 dynamic entertainment system remote, universal
- Canon LV-53 projector
- Sharp Vision projector
- Marantx DVD player

Revenue Officer Signature: *Jim Mapps*  Date: 8/9/10

## 2433 Supplemental --- Inventory Listing
Seizure ID: 10-05-03-103A

**Property Description**

Marantz AV surround receiver

Toshiba VHS DVD due player with remot

Artograph tracer projector

Apco Projecta scope

X-Box machine

Sony condenser microphon

Misc. remotes

Clear bar with 2 stools and electric light 4 ft tall

Glasstop table with 3 matching chairs w/white leather seats

White sofa leather with curved style and back

White swivel leather chair

White swivel leather chair

Off white "L" sectional sofa

Marble coffee table with metal frame

Small glass sofa table

Large glass sofa table

5 ft silver wall mirror

Approximately 8 white leather dining chairs with metal frames

5 ft lamp w/white leather shade

5 ft lamp with white leather shade

3 ft table lamp with white leather shade

Brown table lamp

Royal Copenhagen white bears figurines (3)

4 set black and white studio style candles

3 piece black and black and white vases

Garmin Nuvi GPS w/car adaptor and mount

12" Ebony spiral jar

Silver Statue

Silver decorative vases

Round clear decorative art (2 pieces)

Mini football helmets in case

Decorative crystal and stones

"V" Vibe Award from 2004 "Best Group-G-Unit"

Revenue Officer Signature: *Jim Mayp*

Date: 8/9/10

# 2433 Supplemental --- Inventory Listing
Seizure ID: 10-05-03-103A

**Property Description**

White/Silver 3 ft Santa decoration

African Musical Instrument

Wooden bed with headboard, rails, foot board

Wooden dresser

Wooden nightstand

New 2000 count bucket paint balls

Tattoo Kit

Navy Blue Full face motorcycle helmet

Black leather Harley Davidson Motorcycle gloves

Louis Vuitton gun holster

Wooden foos ball table

Craps gaming table

Blvd Broken Dreams sign

Ms. Pac Man video game

Arcade Legends video game

Black leather home studio seating (3 piece set)

Black leather swivel glider chair

Titans bar stool

Black mobile watch in box w/accessories

Black leather Bank watch w/skull on face diamond chips around face

Ed Hardy "Love kills slowly" watch w/black band

Sweet Romance brand black and stone cross necklace with chain

Multicolored stone chain necklace

Skull Chains

Black leather bracelet with silver spikes

Multi-color blue cuff links

Tennessee Hip Hop Award "2008 Indy Label of the Year Cashville Records

Men's black leather wallet

Black leather skull wrist band

White leather watch with inscription on back

Southern Achievement Award Everything Underground 2004

Gold colored rope chain

Misc lot with cell phone, gloves, empty sun glass boxes, Uncle Mike's sidekick holster, Phillips ipod accessories, Pro tech Outdoors holster

Revenue Officer Signature: *Jim Mapp*

Date: 8/9/10

## 2433 Supplemental — Inventory Listing
Seizure ID: 10-05-03-103A

Property Description

Universal Music Platinum Award presented to Young Buck "The Massacre"

Revenue Officer Signature: *Jim Mayy*  
Date: 8/9/10

Auction Website: www.ustreas.gov/auctions/irs

Page 6 of 6