IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| DAVID DARNELL BROWN | ) | CHAPTER: 11 |
| | ) | CASE NO: 10-11399 |
| SSN: XXX-XX-6663 | ) | JUDGE: GEORGE C. PAINE II |
| | ) | |
| Debtor. | ) | |

**DEBTORS APPLICATION TO EMPLOY ROBIN MITCHELL JOYCE, ATTORNEY AT LAW**

Debtor respectfully represents the following to the Court:

1. Debtor filed a Chapter 13 Bankruptcy on October 21, 2010. It was converted to a Chapter 11 on January 3, 2011

2. The Debtor requests approval of this Court to employ Robin Mitchell Joyce Attorney at Law, 3310 West End Avenue, Suite 610, Nashville, TN 37203.

3. The Debtor selected Robin Mitchell Joyce as counsel because of attorney's extensive experience and knowledge in her field as an entertainment lawyer. The Debtor believes this attorney is well qualified to represent him. Robin Mitchell Joyce provides services at a flat rate of six thousand dollars ($6,000.00) per month. These services include gathering of royalty statements website negotiation with potential managers, record labels to secure contracts which shall generate income for the estate.

4. The attorney represents no interest adverse to the Trustee or the estate in the matters upon which it is to be engaged, and such employment is in the best interest of the estate.

WHEREFORE, the Debtors request that they be authorized to employ Robin Mitchell Joyce, Attorney at Law, as attorney for the Trustee, and for such other relief as is necessary and appropriate.

Respectfully Submitted,
/s/ Lynda F. Jones, Esq.
Lynda F. Jones, Esq.
The Jones Law Group, PLLC.
343 Harrison Street
Nashville, TN 37219
(615)983-4500

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3RD day of January, 2011, I have forwarded a true and exact copy of the foregoing document to the U.S. Trustee, 318 Customs House, 701 Broadway, Nashville, TN 37203.
/s/ *Lynda F. Jones, Esq.*
Lynda F. Jones, Esq.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| DAVID DARNELL BROWN | ) | CHAPTER: 11 |
| | ) | CASE NO: 10-11399 |
| SSN: XXX-XX-6663 | ) | JUDGE: GEORGE C. PAINE II |
| | ) | |
| Debtor. | ) | |

## PROPOSED ORDER AUTHORIZING THE DEBTOR TO EMPLOY
## ROBIN MITCHELL JOYCE, ATTORNEY AT LAW

Upon the Application of Debtors for approval to employ Robin Mitchell Joyce, Attorney at Law, as attorney for the Trustee, it appearing that said attorney represents no interest adverse to the Debtors' estate, twenty one (21) days notice having been given pursuant to L.R. 9013-1 of this Court, and no adverse interest appearing or objections having been filed;

IT IS HEREBY ORDERED that Debtors are authorized to employ Robin Mitchell Joyce, Attorney at Law, as attorney to represent the Trustee as counsel in this matter.

IT IS FURTHER ORDERED that counsel for the Trustee shall make application to the Court for approval of all compensation.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.*

SUBMITTED FOR ENTRY:

/s/ Lynda F. Jones, Esq.
Lynda F. Jones, Esq.
The Jones Law Group, PLLC.
343 Harrison Street
Nashville, TN 37219
(615)983-4500

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| DAVID DARNELL BROWN | ) | CHAPTER: 11 |
| | ) | CASE NO: 10-11399 |
| SSN: XXX-XX-6663 | ) | JUDGE: GEORGE C. PAINE II |
| | ) | |
| Debtor. | ) | |

_____

THE DEADLINE FOR FILING A TIMELY RESPONSE IS: January 24, 2011.
IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: February 7, 2011, 8:30 A.M.,
COURTROOM 1, CUSTOMS HOUSE, 701 BROADWAY, NASHVILLE, TENNESSEE 37203
_____

**NOTICE OF DEBTOR'S APPLICATION TO EMPLOY ROBIN MITCHELL JOYCE ATTORNEY AT LAW,**

Debtor has asked the court for the following relief: to employ an attorney for the bankruptcy estate

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion, or if you want the court to consider your views on the motion, then on or before **JANUARY 24, 2011** you or your attorney must:

1. File with the court your written response or objection explaining your position at:
   Electronically: https://ecf.tnmb.uscourts.gov (Required for registered Filers and Users who have accepted electronic notice in this case.)
   By Mail: US Bankruptcy Court, PO Box 24890, Nashville, TN 37202-489090
   In Person: US Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN
   (Monday - Friday, 8:00 A.M. - 4:00 P.M.)

2. **Your response must state that the deadline for filing responses is JANUARY 24, 2011, the date of the scheduled hearing is FEBRUARY 7, 2011 and the motion to which you are responding is Debtor's Application to Employ Robin Mitchell Joyce, Attorney at Law.** If you want a file stamped copy returned, you must include an extra copy and a self-addressed, stamped envelope.

If a timely response is filed, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.*** You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584 or viewing the case on the Court's web site at <www.tnmb.uscourts.gov>. If you received this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

This 3rd day of January, 2011.

/s/ Lynda F. Jones, Esq.
Lynda F. Jones, Esq.
The Jones Law Group, PLLC.
343 Harrison Street
Nashville, TN 37219
(615) 983-4500