**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| In re: | ) |
| | ) |
| DAVID DARNELL BROWN | ) CASE NO.: 10-11399 |
| SOCIAL SECURITY #:XXX-XX-6663 | ) CHAPTER 13 |
| | ) HON. GEORGE C. PAINE II |
| Debtor, | ) |

### AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

Comes the debtor by and through counsel and does hereby submit this Amended Disclosure of Compensation of Attorney for Debtor which was filed in error on November 24, 2010.

Respectfully submitted,

_____
Lynda F. Jones, Esq.
**The Jones Law Group, PLLC**
343 Harrison Street
Nashville, TN  37219
Phone:  (615) 983-4500
Facsimile:  (615)  983-4502
lynda@lyndafjones.com

### CERTIFICATE OF SERVICE

I certify that on this \_\_\_\_ day of _____, 2011, I mailed/e-mailed a copy of the foregoing to the Office of the U.S. Trustee, Customs House, Suite 318, 701 Broadway, Nashville, TN 37203-3966; and to the Debtor at his respective address.

/s/ Lynda F. Jones