IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DAVID DARNELL BROWN | ) | Case No. 310-11399 |
| | ) | Chapter 11 proceeding |
| Debtor | ) | Judge Paine |

## MOTION TO TAKE EXAMINATION OF PURSUANT TO RULE 2004(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Comes Maurice Karr and moves this Honorable Court to be permitted to take the examination of

**Robin Mitchell Joyce**
**Milom Joyce Horsnell Crow PLC**
**3310 West End Avenue Suite 610**
**Nashville, Tennessee 37203**

pursuant to Rule 2004(a) of the Federal Rules of Bankruptcy Procedure on January 24, 2011 **at 3:30 P.M.** at the Offices of Steven L. Lefkovitz, Attorney for Maurice Karr, 618 Church Street, Suite 410, Nashville, Tennessee 37219. Said examination shall continue day to day until completed. The purpose of said examination is to investigate the application for employment of the deponent as special counsel. Accordingly, Maurice Karr prays to be permitted to take the examination prayed for herein.

Respectfully submitted,

/s/ Steven L. Lefkovitz
Steven L. Lefkovitz, No. 5953
Attorney for Maurice Karr
618 Church Street, Suite 410
Nashville, TN 37219
(615) 256-8300 fax (615) 255-4516
Email: slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 12, 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. mail to wit:

**Robin Mitchell Joyce**
**Milom Joyce Horsnell Crow PLC**
**3310 West End Avenue Suite 610**
**Nashville, Tennessee 37203**

      Parties may access this filing through the Court's electronic filing system.

      /s/ Steven L. Lefkovitz
      STEVEN L. LEFKOVITZ

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DAVID DARNELL BROWN | ) | Case No. 310-11399 |
| | ) | Chapter 11 proceeding |
| Debtor | ) | Judge Paine |

### ORDER PERMITTING EXAMINATION OF PATRICK J. SCHWARTZ PURSUANT TO RULE 2004(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Upon application of Maurice Karr, and for good cause shown unto me, it is hereby **ORDERED** that

**Robin Mitchell Joyce**
**Milom Joyce Horsnell Crow PLC**
**3310 West End Avenue Suite 610**
**Nashville, Tennessee 37203**

shall appear at the Offices of Steven L. Lefkovitz, Attorney for Maurice Karr, 618 Church Street, Suite 410, Nashville, Tennessee 37219 on January 24, 2011 at 3:30 p.m.and submit to examination pursuant to Rule 2004(a) of the Federal Rules of Bankruptcy Procedure, which said examination shall continue day to day until completed.

| THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE |
|---|

APPROVED FOR ENTRY:

/s/ Steven L. Lefkovitz, No. 5953
Steven L. Lefkovitz
Attorney for Maurice Karr
618 Church Street, Suite 410
Nashville, Tennessee 37219
(615) 256-8300 fax (615) 255-4516
email: slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. mail, to wit:

**Robin Mitchell Joyce**
**Milom Joyce Horsnell Crow PLC**
**3310 West End Avenue Suite 610**
**Nashville, Tennessee 37203**

Parties may access this filing through the Court's electronic filing system.

/s/ Steven L. Lefkovitz
STEVEN L. LEFKOVITZ