IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DAVID DARNELL BROWN | ) | Case No. 310-11399 |
| | ) | Chapter 11 proceeding |
| Debtor | ) | Judge Paine |

## ORDER PERMITTING EXAMINATION OF ROBIN MITCHELL JOYCE PURSUANT TO RULE 2004(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Upon application of Maurice Karr, and for good cause shown unto me, it is hereby **ORDERED** that

**Robin Mitchell Joyce**
**Milom Joyce Horsnell Crow PLC**
**3310 West End Avenue Suite 610**
**Nashville, Tennessee 37203**

shall appear at the Offices of Steven L. Lefkovitz, Attorney for Maurice Karr, 618 Church Street, Suite 410, Nashville, Tennessee 37219 on January 24, 2011 at 3:30 p.m.and submit to examination pursuant to Rule 2004(a) of the Federal Rules of Bankruptcy Procedure, which said examination shall continue day to day until completed.

> THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

APPROVED FOR ENTRY:

/s/ Steven L. Lefkovitz, No. 5953
Steven L. Lefkovitz
Attorney for Maurice Karr
618 Church Street, Suite 410
Nashville, Tennessee 37219
(615) 256-8300 fax (615) 255-4516
email: slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2011, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. mail, to wit:

**Robin Mitchell Joyce**
**Milom Joyce Horsnell Crow PLC**
**3310 West End Avenue Suite 610**
**Nashville, Tennessee 37203**

Parties may access this filing through the Court's electronic filing system.

/s/ Steven L. Lefkovitz
STEVEN L. LEFKOVITZ